[No. 17696–0–I.   Division One.   October 12, 1987.]

*In the Matter of the Marriage of* ALISON G. PEARSON, *Respondent, and* PATRICK E. PEARSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–93882, Frank H. Roberts, Jr., J., entered December 12, 1985. *Affirmed* by unpublished opinion per Ellington, J. Pro Tem., concurred in by Andersen and Cole, JJ. Pro Tem.

[Nos. 16895–9–I; 16896–7–I.   Division One.   October 12, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ELIZABETH McKENZIE, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 85–8–01631–1, 85–8–02668–5, Robert W. Winsor, J., entered July 30, 1986. *Reversed* by unpublished opinion per Grosse, J., concurred in by Swanson and Williams, JJ.

[No. 20346–1–I.   Division One.   October 12, 1987.]

G. ROBERT LIEBSCHER, ET AL, *Respondents,* v. AMERICAN MOTOR SALES CORPORATION, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–25561–3, Shannon Wetherall, J., entered April 9, 1987. *Reversed* by unpublished per curiam opinion.